# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Curtis Neal, on behalf of
himself and others similarly situated,

        *Plaintiff* )
        v. )    Civil Action No. 3:17-cv-00022
)
Wal-Mart Stores, Inc., d/b/a Walmart, and Synchrony )
Bank, f/k/a GE Capital Retail )
)
)
        *Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

    Synchrony Bank (a subsidiary of Synchrony Financial)
    AGENT: The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Aaron D. Radbil
    Greenwald Davidson Radbil PLLC
    106 East Sixth Street, Suite 913
    Austin, Texas 78701
    (512) 322-3912
    aradbil@gdrlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



        Date    **3/31/2017**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court

Civil Action No. 3:17-cv-00022

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Synchrony Bank (a subsidiary of Synchrony Financial)

was received by me on *(date)* 03/31/2017.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Synchrony Bank (a subsidiary of Synchrony Financial) on *(date)* 3/31/2017 at 2:48 PM ; or
at Corporation Trust Company, Registered Agent, 1209 Orange St., Wilmington, DE 19801

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ 66.50 for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4/4/2017

Server's signature

Daniel Newcomb, Process Server
Printed name and title

Delaware Attorney Services
3516 Silverside Rd. # 16
Wilmington, DE 19810 (302) 429-0657
Server's address

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action; and Amended Class Action Complaint with Jury Trial Demanded