UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CURTIS NEAL, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; d/b/a WALMART and SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK,<br><br>Defendants. | Case No. 3:17-cv-00022-GCM |

## **ORDER**

THIs MATTER IS BEFORE THE COURT on the Motion for *Pro Hac Vice* Admission concerning Julieta Stepanyan. Upon review and consideration of this Motion, which was accompany by submission of the necessary fee, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1, Ms. Stepanyan is admitted to appear before this court *pro hac vice* on behalf of Defendants, Wal-Mart Stores, Inc., d/b/a Walmart and Synchrony Brank, f/k/a GE Capital Retail Bank.

**IT IS SO ORDERED.**

Signed: April 25, 2017

Graham C. Mullen
United States District Judge