# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00022-GCM

| | |
|---|---|
| CURITS NEAL, *on behalf of himself and others similarly situated*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **ORDER** ) |
| WALMART STORES, INC. SYNCHRONY BANK, | ) ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on Defendants' Motion to Stay the Claims of Plaintiff Curtis Neal pending ruling by the D.C. Circuit Court of Appeals. (Doc. No. 14). A response (Doc. No. 22) and reply (Doc. No. 23) were filed.

**IT IS HEREBY ORDERED** that this Motion is **GRANTED**. All requirements, deadlines (including responsive pleading deadlines), and further proceedings in this action before this Court are stayed pending ruling by the D.C. Circuit Court of Appeals in *ACA International*.[1]

Signed: June 9, 2017

Graham C. Mullen
United States District Judge

---

[1] *ACA International v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir. Filed July 10, 2015).