IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-22

| | |
|---|---|
| CURTIS NEAL, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Wal-Mart Stores, Inc., d/b/a Walmart and Synchrony Bank, f/k/a GE Capital Retail Bank <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the Motion to Lift Stay (Doc. No. 26) filed by Plaintiff Curtis Neal. Defendants responded and requested a status conference to discuss this matter.

Accordingly, a telephonic status conference is ordered to be held in this matter on Monday, April 23, 2018, at 3:00pm E.S.T. Additional instructions will be provided to counsel by email.

**SO ORDERED.**

Signed: April 19, 2018

Graham C. Mullen
United States District Judge