**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-22**

| | |
|---|---|
| **CURTIS NEAL,**<br>*on behalf of himself and others similarly situated*,<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**WAL-MART STORES, INC,**<br>*d/b/a* **WALMART, and**<br><br>**SYNCHRONY BANK,**<br><br>       **Defendants.** | **ORDER** |

      **THIS MATTER** is before the Court on Plaintiff's Motion to Lift Stay (Doc. No. 26).

Defendants responded, requesting a status conference to discuss this matter with the Court. A

telephonic status conference was held on April 23, 2018.

      This matter was stayed on June 9, 2017, pending the resolution of a case involving the

FCC's regulations interpreting the Telephone Consumer Protection Act (TCPA). That case, *ACA

International v. FCC*, 885 F.3d 687 (D.C. Cir. 2018), was decided on March 16, 2018.

      However, two similar cases are pending in other federal districts: *Mott v. Synchrony

Bank*, No. 8:18-cv-275-MSS-AAS (M.D. Fla. filed Feb. 2, 2017), and *Campbell v. Synchrony

Bank*, No. 1:17-cv-080-MAD-DJS (N.D.N.Y. filed Jan. 25, 2017). This case was filed earliest of

the three, on January 17, 2017. In *Mott*, the plaintiff has filed a motion to transfer the case to this

District, which is currently pending, and the parties have represented that a motion to transfer

will also be filed shortly in *Campbell*.

The Court finds that staying this matter in order to allow time for the resolution of the motions to transfer in *Mott* and *Campbell* is appropriate in light of the interests of judicial economy and efficiency of the discovery and class certification processes.

Accordingly, the Court hereby **ORDERS** the following:

(1) the stay previously imposed (Doc. No. 25) is terminated;

(2) this matter is stayed for sixty (60) days, subject to an early termination of the stay upon the resolution of the motions to transfer in *Mott* and *Campbell*.

**SO ORDERED.**

Signed: April 24, 2018

Graham C. Mullen
United States District Judge