IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-00022-GCM

| | |
|---|---|
| CURTIS NEAL, *on behalf of himself and all others similarly situated*, ) ) ) ) Plaintiff, ) ) vs. ) ) WAL-MART STORES, INC., d/b/a ) WALMART, and SYNCHRONY BANK, ) f/k/a SYNCHRONY RETAIL BANK, ) ) ) Defendants. ) | ORDER |

**THIS MATTER** is before the Court upon the Unopposed Motion of Defendants for an order extending the temporary stay of this action (Doc. No. 34). It appears to the Court that Defendants have shown good cause for the requested extension of the temporary stay. The Court therefore finds that the Motion should be **GRANTED**. However, the Court finds that a stay of 60 days is more appropriate than the indefinite nature of the proposed stay.

**IT IS THEREFORE ORDERED** that this matter is stayed through September 7, 2018, subject to early termination upon resolution of the Motion to Transfer in *Campbell v. Synchrony Bank,* Case No. 1:17-cv-00080-MAD-DJS, pending in the United States District Court for the Northern District of New York.

**SO ORDERED.**

Signed: July 9, 2018

Graham C. Mullen
United States District Judge