# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00022-GCM

| | |
|---|---|
| CURTIS NEAL, | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| SYNCHRONY BANK<br>WAL-MART STORES, INC., | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER COMES** before this Court on the Court's own motion. This Court set a status conference in this case to be held on October 24, 2018 at 10:30 a.m. in Charlotte, North Carolina. On its own Motion, the Court will allow counsel to either appear in person or appear via conference call. If attorneys appear in person, the status conference will be held in Courtroom 2-2. Attorneys who appear via conference call should follow the below steps to dial-in:

1) Participants should dial USA Toll-Free: 877-336-1280;

2) Participants should use Access Code 4390524 to connect.

**SO ORDERED**.

Signed: October 3, 2018

Graham C. Mullen
United States District Judge