# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-022-KDB-DCK

| | |
|---|---|
| CURTIS NEAL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAL-MART STORES, INC. and SYNCHRONY BANK, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 66) filed by Samuel A. Slater, concerning Christopher R. Fredrich, on December 20, 2019. Christopher R. Fredrich seeks to appear as counsel *pro hac vice* for Defendants Wal-Mart Stores, Inc. and Synchrony Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 66) is **GRANTED**. Christopher R. Fredrich is hereby admitted *pro hac vice* to represent Defendants Wal-Mart Stores, Inc. and Synchrony Bank.

**SO ORDERED**.

Signed: December 23, 2019

David C. Keesler
United States Magistrate Judge