IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-022-KDB-DCK

| | |
|---|---|
| CURTIS NEAL,           ) | |
|                        ) | |
|     Plaintiff,     ) | |
|                        ) | |
| v.                     ) | **ORDER** |
|                        ) | |
| WAL-MART STORES, INC. and ) | |
| SYNCHRONY BANK,        ) | |
|                        ) | |
|     Defendants.    ) | |
|                        ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 72) filed by Samuel A. Slater, concerning Stephen J. Newman, on February 26, 2020. Stephen J. Newman seeks to appear as counsel *pro hac vice* for Defendants Wal-Mart Stores, Inc. and Synchrony Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 72) is **GRANTED**. Stephen J. Newman is hereby admitted *pro hac vice* to represent Defendants Wal-Mart Stores, Inc. and Synchrony Bank.

**SO ORDERED**.

Signed: February 26, 2020

David C. Keesler
United States Magistrate Judge