IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-022-KDB-DCK

| | |
|---|---|
| CURTIS NEAL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a WALMART, and SYNCHRONY BANK, f/k/a SYNCHRONY RETAIL BANK,<br><br>Defendants.<br><br>ROY CAMPBELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 111) filed by Wesley S. White, concerning Michael L. Greenwald on August 14, 2020. Michael L. Greenwald seeks to appear as counsel *pro hac vice* for Plaintiff Curtis Neal. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 111) is **GRANTED**. Michael L. Greenwald is hereby admitted *pro hac vice* to represent Plaintiff Curtis Neal.

Signed: August 17, 2020

_____
David C. Keesler
United States Magistrate Judge