UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-00022

| | | |
|---|---|---|
| **Curtis Neal,** *on behalf of himself and others similarly situated*, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **Wal-Mart Stores, Inc., d/b/a Walmart** and **Synchrony Bank, f/k/a GE Capital Retail Bank,** | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |
| **Roy Campbell** *on behalf of himself and all others similarly situated*, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **Synchrony Bank,** | ) ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the parties' Notice of Class Action Settlement. (Doc. No. 113). The parties state that they have reached an agreement "in principle" to settle this matter. Having carefully considered the parties' filing, the Court enters the following order:

**IT IS HEREBY ORDERED** that all case deadlines and consideration of pending motions are **SUSPENDED** until further order of this Court.

**IT IS FURTHER ORDERED** that the parties shall have forty-five (45) days to finalize their class action settlement agreement and for Plaintiffs to file their motion for preliminary

approval of the class action settlement. In the event the parties are unable to finalize the settlement agreement, they are to notify the Court by the end of the forty-five (45) day period.

**SO ORDERED.**

Signed: August 19, 2020

Kenneth D. Bell
United States District Judge