IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-022-KDB-DCK

| | |
|---|---|
| CURTIS NEAL, on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| WAL-MART STORES, INC., d/b/a WALMART, and SYNCHRONY BANK, f/k/a SYNCHRONY RETAIL BANK, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| ROY CAMPBELL, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SYNCHRONY BANK, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Compel Defendant To Answer And Respond To Written Discovery Requests, And To Compel Defendant To Produce Documents" (Document No. 70); "Plaintiff's Motion For A Hearing…" (Document No. 84); and "Synchrony Bank's Motion For Sanctions" (Document No. 90). These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>deny</u> the motions as moot.

The undersigned observes that the parties filed a "Notice Of Class Action Settlement" (Document No. 113) on August 18, 2020. In their Notice, the parties requested that this Court "deny all pending motions as moot." (Document No. 113, p. 1). In addition, the undersigned notes that the Honorable Kenneth D. Bell has granted preliminary approval of the parties' settlement and scheduled a hearing regarding final approval for March 15, 2021. <u>See</u> (Document No. 116)

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Compel Defendant To Answer And Respond To Written Discovery Requests, And To Compel Defendant To Produce Documents" (Document No. 70); "Plaintiff's Motion For A Hearing…" (Document No. 84); and "Synchrony Bank's Motion For Sanctions" (Document No. 90) are **DENIED AS MOOT**. These motions are denied without prejudice to being re-filed if the proposed settlement is not approved by the Court.

**SO ORDERED**.

Signed: October 20, 2020

David C. Keesler
United States Magistrate Judge