# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:17-cv-00022-KDB-DCK

| | |
|---|---|
| Curtis Neal, *on behalf of himself and others similarly situated*,<br><br>      Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc., d/b/a Walmart and<br>Synchrony Bank, f/k/a GE Capital Retail Bank,<br><br>      Defendants.<br><br>Roy Campbell *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br><br>v.<br><br>Synchrony Bank,<br><br>      Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant Synchrony Bank's Motion to Stay. (Doc. No. 105). The Honorable Magistrate Judge David C. Keesler denied three motions in this matter following the Court's order granting preliminary approval of the parties' settlement agreement. (Doc. No. 118). Defendant's Motion to Stay was not referred to Judge Keesler and remains pending. In light of this Court's preliminary approval of the settlement agreement in this matter, the Court **ORDERS** that Defendant's Motion to Stay, (Doc. No. 105), be **DENIED AS MOOT**. The motion is denied without prejudice to being re-filed if the proposed settlement is not approved by the Court.

**SO ORDERED.**

Signed: November 9, 2020

Kenneth D. Bell
United States District Judge